IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TOMMY DANIELS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-2665-L** |
| | § | |
| **SHELLEY ORTOLANI, INDIVIDUALLY** | § | |
| **AND AS SUBSTITUTE TRUSTEE FOR** | § | |
| **WELLS FARGO BANK; AND** | § | |
| **WELLS FARGO BANK, NATIONAL** | § | |
| **ASSOCIATION**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Wells Fargo Bank, N.A.'s Motion to Dismiss (Doc. 5), filed July 31, 2014. This case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 2, 2015, recommending that the court grant Wells Fargo Bank, N.A.'s Motion to Dismiss and dismiss with prejudice Plaintiff's claims against Defendant Wells Fargo Bank, National Association ("Wells Fargo Bank, N.A.").  No response to the motion or objections to the Report were filed by Plaintiff.

Having reviewed the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **grants** Wells Fargo Bank, N.A.'s Motion to Dismiss (Doc. 5) and **dismisses with prejudice** Plaintiff's claims against Wells Fargo Bank, N.A. pursuant to Federal Rule of Civil Procedure 12(b)(6).

Order –Page 1

**It is so ordered** this 24th day of February, 2015.

Sam A. Lindsay
United States District Judge